| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)*                              Chapter    11 |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Owen & Fred Corp. |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | Boarding Pass NYC |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 45-4248629 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  42 West Street, #106  Brooklyn, NY 11222  Number, Street, City, State & ZIP Code  Kings  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | www.boardingpassnyc.com | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: | |

Debtor     Owen & Fred Corp.                                    Case number (*if known*)
        *Name*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   4483

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor   Owen & Fred Corp.                                                          Case number (*if known*)
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

   ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ■ No
   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard?  _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other  _____

   **Where is the property?**  _____
                              Number, Street, City, State & ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes.   Insurance agency  _____
            Contact name      _____
            Phone             _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

   ■ Funds will be available for distribution to unsecured creditors.
   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Owen & Fred Corp. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 19, 2018
                       MM / DD / YYYY

**X** /s/ Michael Arnot                                    Michael Arnot
Signature of authorized representative of debtor            Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Dawn Kirby                                        Date   June 19, 2018
Signature of attorney for debtor                                    MM / DD / YYYY

Dawn Kirby
Printed name

DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
Firm name

One North Lexington Avenue
White Plains, NY 10601
Number, Street, City, State & ZIP Code

Contact phone   (914) 681-0200           Email address

2733004 , NY
Bar number and State

# United States Bankruptcy Court
## Eastern District of New York

In re  Owen & Fred Corp.  
             Debtor(s)

Case No.  
Chapter  11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Owen & Fred Corp.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 19, 2018  
Date

/s/ Dawn Kirby  
Dawn Kirby  
Signature of Attorney or Litigant  
Counsel for  Owen & Fred Corp.  
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP  
One North Lexington Avenue  
White Plains, NY 10601  
(914) 681-0200 Fax:(914) 684-0288

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**STATEMENT PURSUANT TO LOCAL**
**BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S):** Owen & Fred Corp.                    **CASE NO.:**.

    Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:


1.  CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____            [*If closed*] Date of closing:_____

 CURRENT STATUS OF RELATED CASE: _____
                                (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2.  CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____            [*If closed*] Date of closing:_____

 CURRENT STATUS OF RELATED CASE: _____
                                (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3.  CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____            [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

/s/ Dawn Kirby
Dawn Kirby
Signature of Debtor's Attorney
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200 Fax:(914) 684-0288

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X
IN RE:   Owen & Fred Corp.

Chapter   11

Case No.:   18-

         Debtor(s)
-------------------------------------------X

STATEMENT PURSUANT TO LOCAL RULE 2017

I, Dawn Kirby, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
| --- | --- |
| 6/18/2018 | Initial interview, analysis of financial condition, etc. |
| 6/19/2018 | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $515.00 per hour.

Dated: June 19, 2018

*/s/ Dawn Kirby*
Dawn Kirby
Attorney for debtor(s)
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601

(914) 681-0200 Fax:(914) 684-0288

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re   Owen & Fred Corp.                                         Case No.
                                     Debtor(s)                    Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 21,717.00 |
   | Prior to the filing of this statement I have received | $ 5,000.00 |
   | Balance Due | $ 16,717.00 |

2. $ 1,717.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):    Debtor's Principal

4. The source of compensation to be paid to me is:

   ☐ Debtor     ■ Other (specify):    Debtor's Principal

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| June 19, 2018 | /s/ Dawn Kirby |
| *Date* | Dawn Kirby |
| | *Signature of Attorney* |
| | DelBello Donnellan Weingarten Wise & Wiederkehr, LLP |
| | One North Lexington Avenue |
| | White Plains, NY 10601 |
| | (914) 681-0200   Fax: (914) 684-0288 |
| | *Name of law firm* |

# United States Bankruptcy Court
### Eastern District of New York

In re  Owen & Fred Corp.

Debtor(s)

Case No.

Chapter  11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Michael Arnot, declare under penalty of perjury that I am the President of Owen & Fred Corp., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 19th day of June, 2018.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Michael Arnot, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Michael Arnot, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Michael Arnot, President of this Corporation is authorized and directed to employ Dawn Kirby, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date  June 19, 2018

Signed  */s/ Michael Arnot*
Michael Arnot

Resolution of Board of Directors
of
Owen & Fred Corp.

    Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Michael Arnot, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that Michael Arnot, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that Michael Arnot, President of this Corporation is authorized and directed to employ Dawn Kirby, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  June 19, 2018                             Signed  */s/ Michael Arnot*
                                                                                                Michael Arnot

# United States Bankruptcy Court
### Eastern District of New York

In re    Owen & Fred Corp.                  Case No. 

                                             Debtor(s)              Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    June 19, 2018                            Signature   /s/ Michael Arnot

                                                                                       Michael Arnot

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name   Owen & Fred Corp.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 19, 2018           **X** /s/ Michael Arnot
                                          Signature of individual signing on behalf of debtor

                                          Michael Arnot
                                          Printed name

                                          President
                                          Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Owen & Fred Corp. | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | |
| Case number (if known): | | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| On Deck Capital 901 North Stuart Street Ste 700 Arlington, VA 22203 | | | Unliquidated | | | $156,320.98 |
| TDBank, NA. 211 Montague Street Brooklyn, NY 11201 | | Line of Credit | Unliquidated | | | $97,376.21 |
| American Express P.O. Box 981537 El Paso, TX 79998 | | Credit Card | | | | $92,335.61 |
| Case NYC 2321 Kennedy Blvd. Union City, NJ 07087 | | Manufacturer | | | | $79,283.00 |
| EIN CAP, INC. 160 Pearl Street, 5th Fl. New York, NY 10005 | | | Disputed | | | $66,645.39 |
| Kabbage Business Loan P.O. Box 77081 Atlanta, GA 30357 | | | Unliquidated | | | $41,310.00 |
| Shopify Capital 150 Elgin Street, 8th Fl. Ottawa Ontario, K2P 1L4 | | | | | | $30,997.68 |
| Serious Business Public Relations, LLC 1133 Broadway Suite 1402 New York, NY 10010 | | Supplier | | | | $17,500.00 |
| Anthros Bench-Made LLC 197 Monreo Street, #1A Brooklyn, NY 11216 | | Vendor | | | | $17,254.30 |

Debtor   Owen & Fred Corp.                                   Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Bluevine Capital, Inc.<br>401 Warren Street, 3rd Fl<br>Redwood City, CA 94063 | | | | | | $16,385.90 |
| Capital One<br>P.O. BOX 30281<br>Salt Lake City, UT 84130-0281 | | Credit Card | | | | $8,801.27 |
| PayPal Working Capital<br>Executive Escalation<br>P.O. Box 5018<br>Lutherville Timonium, MD 21094 | | | | | | $7,145.85 |
| NYS Dept of Tax & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 | | Sales Tax | | | | $5,866.00 |
| GHP Media<br>475 Heffernan Drive<br>West Haven, CT 06516 | | Supplier | | | | $3,928.61 |
| Wickett & Craig<br>120 Cooper Road<br>Curwensville, PA 16833 | | Supplier | | | | $3,324.54 |
| Cedar America<br>P.O. Box 668<br>Grove City, OH 43123 | | Supplier | | | | $3,025.00 |
| Standard Pattern Company<br>2136 Lafayette Blvd.<br>Fort Wayne, IN 46803 | | Supplier | | | | $2,556.00 |
| Port Living Co<br>1741 James basford Place<br>Mount Pleasant, SC 29466 | | Supplier | | | | $1,663.00 |
| Law Offices of<br>Barry N. Seidel, Esq.<br>81 Main Street, Suite 215<br>White Plains, NY 10601 | | Legal Services | | | | $0.00 |

# United States Bankruptcy Court
### Eastern District of New York

In re   Owen & Fred Corp.                                        Case No.
                                                    Debtor(s)      Chapter   11

## **VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   June 19, 2018                   /s/ Michael Arnot
                                                Michael Arnot/President
                                                Signer/Title

Date:   June 19, 2018                   /s/ Dawn Kirby
                                                Signature of Attorney
                                                Dawn Kirby
                                                DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
                                                One North Lexington Avenue
                                                White Plains, NY 10601
                                                (914) 681-0200   Fax: (914) 684-0288

American Express
P.O. Box 981537
El Paso, TX 79998


Anthros Bench-Made LLC
197 Monreo Street, #1A
Brooklyn, NY 11216


Bluevine Capital, Inc.
401 Warren Street, 3rd Fl
Redwood City, CA 94063


Capital One
P.O. BOX 30281
Salt Lake City, UT 84130-0281


Case NYC
2321 Kennedy Blvd.
Union City, NJ 07087


Cedar America
P.O. Box 668
Grove City, OH 43123


EIN CAP, INC.
160 Pearl Street, 5th Fl.
New York, NY 10005


EIN CAP, INC.
Steven Zakharyayev, LLC
1430 Broadway Suite 402
New York, NY 10018


GHP Media
475 Heffernan Drive
West Haven, CT 06516


Kabbage Business Loan
P.O. Box 77081
Atlanta, GA 30357


Law Offices of
Barry N. Seidel, Esq.
81 Main Street, Suite 215
White Plains, NY 10601

NYS Dept of Tax & Finance
Bankruptcy Unit
 P.O. Box 5300
Albany, NY 12205


Office of the US Trustee
US Federal Office Buildin
201 Varick St., Ste 1006
New York, NY 10014


On Deck Capital
901 North Stuart Street
Ste 700
Arlington, VA 22203


PayPal Working Capital
Executive Escalation
P.O. Box 5018
Lutherville Timonium, MD 21094


Port Living Co
1741 James basford Place
Mount Pleasant, SC 29466


Serious Business
Public Relations, LLC
1133 Broadway Suite 1402
New York, NY 10010


Shopify Capital
150 Elgin Street, 8th Fl.
Ottawa Ontario, K2P 1L4


Standard Pattern Company
2136 Lafayette Blvd.
Fort Wayne, IN 46803


TDBank, NA.
211 Montague Street
Brooklyn, NY 11201


Wickett & Craig
120 Cooper Road
Curwensville, PA 16833